Larry A. Sackey, Esq. (Bar No. 54474)
**Law Office of Larry A. Sackey**
11500 Olympic Blvd., Suite 550
Los Angeles, California 90064
(310) 575-4444
Facsimile: (310) 575-4520
E-mail: lsackey@sackeylaw.com

Robert Horn (*pro hac vice*)
Joe Kronawitter (*pro hac vice*)
**Horn Aylward & Bandy, LLC**
2600 Grand Boulevard, Suite 1100
Kansas City, MO  64108
(816) 421-0700
Facsimile: (816) 421-0899
E-mail: rhorn@hab-law.com
          jkronawitter@hab-law.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELLEN SATHER VICE,** et al., on behalf of herself and all others similarly situated, | Case No.: 2:08-cv-00626-FCD-EFB |
| | Honorable Frank C. Damrell, Jr. |
| **Plaintiff** | Compl. Filed:    March 21, 2008 |
| vs. | JURY TRIAL REQUESTED |
| **U.S. FINANCIAL LIFE INSURANCE COMPANY** | |
| **Defendant** | |

### STIPULATION AND ORDER ON MOTION FOR LEAVE TO AMEND

NOW ON THIS 21st day of July, 2008, the parties stipulate to an order granting Plaintiff's Motion for Leave to Amend Complaint (D.E. 22).  The parties further agree that by so stipulating, Defendant does not admit, adopt or accept the allegations, statements or terms in plaintiff's Motion

---
1
**VICE v. U.S. FINANCIAL LIFE INSURANCE COMPANY STIPULATION AND ORDER FOR LEAVE TO AMEND COMPLAINT**

for leave to Amend Complaint or in plaintiff's proposed Amended Complaint. The Parties also agree that Defendant reserves and retains all rights to challenge, oppose or otherwise respond to the proposed Amended Complaint.

_/s/_____
Joseph A. Kronawitter, (*pro hac vice*)
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
(816) 421-0700
Fax # (816) 421-0899

Attorney for Plaintiff

AND

_/s/_____
William H. Higgins (SBN 208514)
Reed Smith LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-8832
(510) 763-2000
Fax # (510) 273-8832

Attorney for Defendant

### ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT

Upon stipulation of the parties, Plaintiff's Motion for Leave to Amend Complaint (D.E. 22) is hereby GRANTED. Plaintiff shall file her Amended Complaint within ten (10) days. Defendant shall plead in response to the Amended Complaint within ten (10) days after service.

IT IS SO ORDERED.

Dated: July 23, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**VICE v. U.S. FINANCIAL LIFE INSURANCE COMPANY STIPULATION AND ORDER FOR LEAVE TO AMEND COMPLAINT**