Robert D. Phillips, Jr. (SBN 82639)
rphillips@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone:    415.543.8700
Facsimile:     415.391.8269
Counsel for Service

Terence N. Hawley (SBN 179106)
thawley@reedsmith.com
William H. Higgins (SBN 208514)
whiggins@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572
Telephone:    510.763.2000
Facsimile:     510.273.8832

Attorneys for Defendant
U.S. Financial Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN SATHER VICE, et al., on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. FINANCIAL LIFE INSURANCE COMPANY,<br><br>Defendant. | No.: 2:08-cv-00626-FCD-EFB<br><br>**STIPULATION AND ORDER TO SET OR EXTEND VARIOUS DEADLINES**<br><br>Comp. Filed: March 21, 2008<br><br>Honorable Frank C. Damrell, Jr. |

This Stipulation to Set or Extend Various Deadlines is entered into by and between Plaintiff Ellen Sather Vice ("plaintiff") and Defendant U.S. Financial Life Insurance Company ("U.S. Financial") in light of the facts set forth herein. Significant discovery has occurred. The proposed schedule does not extend the trial date. The parties request that various deadlines be set or extended to allow for efficient and cost effective sequential completion of (a) current settlement discussions, and, if needed, (b) briefing and resolution of defendant's motion for summary judgment, (c) pre-certification discovery, and (d) the briefing and resolution of plaintiff's motion for class certification.

Extending certain deadlines as proposed herein will not affect the final pretrial conference date or trial date previously established by the Court.

1. On June 24, 2008, the Court entered a Status (Pretrial Scheduling) Order which set various pre-certification and post-certification deadlines for this litigation.

2. On July 10, 2008, U.S. Financial filed a Statement Re Pre-Certification Dispositive Motion and Limited Objection to Status Order and Request for Status Conference stating its intent to file a dispositive motion and to set such motion for hearing prior to the plaintiff's filing of her motion for class certification. To further facilitate an orderly and cost-effective disposition of the litigation, U.S. Financial also requested that the pre-certification discovery deadlines and the class certification motion schedule be extended for thirty to sixty days.

3. On July 11, 2008, the Court issued a Minute Order stating that the Court's Status (Pretrial Scheduling) Order does not preclude the filing of dispositive motions prior to filing a motion for class certification and that plaintiff must file a response to U.S. Financial's limited objection regarding the pre-certification deadlines within ten days.

4. On July 21, 2008, plaintiff filed a Response and Limited Consent to Defendant's Objections to Scheduling Order consenting to an extension of the deadline for completion of pre-certification discovery by a period of sixty days.

5. On July 24, 2008, the Court entered an Amended Status (Pretrial Scheduling) Order, amending various pre-certification deadlines for this litigation. The extensions provided by that Order to deadlines for pre-certification discovery and expert disclosures and the schedule for briefing and hearing of the motion for class certification are the only ones previously made to the deadlines listed below.

6. The parties have taken depositions and conducted written discovery in this action, including serving and responding to interrogatories, requests for admissions and requests for production. More than sixteen thousand pages of documents have been produced by U.S. Financial in response to plaintiff's requests for production.

7. As a result of the discovery conducted to date, the parties have entered into discussions with a view to resolving the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that, with the Court's permission, the following schedule shall be adopted:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| ***SUMMARY JUDGMENT SCHEDULE*** | | |
| *Defendant's Summary Judgment Motion* | None | November 14, 2008 |
| *Plaintiff's Brief Opposing Summary Judgment* | None | December 18, 2008 |
| *Defendant's Reply* | None | January 5, 2009 |
| *Hearing on Summary Judgment* | None | January 16, 2009 |
| ***PRE-CERTIFICATION DISCOVERY*** | | |
| *Pre-certification Discovery to be Completed* | October 27, 2008 | February 16, 2009 |
| ***PRE-CERTIFICATION DISCLOSURE OF EXPERT WITNESSES*** | | |
| *Pre-certification Expert Disclosures* | November 10, 2008 | March 2, 2009 |
| *Rebuttal Expert Disclosures* | December 1, 2008 | April 2, 2009 |
| *Pre-certification Expert Discovery Cutoff* | December 31, 2008 | April 23, 2009 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

*CLASS CERTIFICATION SCHEDULE*

| | | |
|---|---|---|
| *Plaintiff's Class Certification Motion* | January 30, 2009 | May 5, 2009 |
| *Defendant's Brief Opposing Class Certification* | March 16, 2009 | June 19, 2009 |
| *Plaintiff's Reply* | April 15, 2009 | July 15, 2009 |
| *Hearing on Class Certification Motion* | May 1, 2009 | August 7, 2009 |

*POST-CERTIFICATION DISCOVERY*

| | | |
|---|---|---|
| *Post-certification Discovery to be Completed* | July 6, 2009 | **August 31, 2009** |

*POST-CERTIFICATION DISCLOSURE OF EXPERT WITNESSES*

| | | |
|---|---|---|
| *Plaintiff's Expert Disclosures and Report* | July 20, 2009 | September 14, 2009 |
| *Defendant's Expert Disclosures and Report* | August 3, 2009 | September 28, 2009 |
| *Supplemental Expert Disclosures and Reports* | August 24, 2009 | October 19, 2009 |
| *Expert Discovery Cutoff* | September 23, 2009 | November 18, 2009 |

*POST-CERTIFICATION DISPOSITIVE MOTION SCHEDULE*

| | | |
|---|---|---|
| *Dispositive Motion Hearings* | December 4, 2009 | December 4, 2009 |

*FINAL PRETRIAL CONFERENCE*

| | | |
|---|---|---|
| *Final Pretrial Conference* | February 5, 2010 | February 5, 2010 |

*TRIAL DATE*

| | | |
|---|---|---|
| *Trial Date* | April 6, 2010 | April 6, 2010 |

DATED: October 23, 2008

                                         REED SMITH LLP

By    /s/ Williams H. Higgins
     Robert D. Phillips, Jr. (SBN 82639)
     Terence N. Hawley (SBN 179106)
     William H. Higgins (SBN 208514)
     Attorneys for Defendant
     U.S. Financial Life Insurance Company

DATED: October 23, 2008

                             LAW OFFICE OF LARRY A. SACKEY

By /s/ Larry A. Sackey (as authorized 10-23-08)
    Larry A. Sackey (SBN 54474)

    Robert A. Horn, MO. 28176, *pro hac vice*
    Joe Kronawitter, MO. 49280, *pro hac vice*
    Attorneys for Plaintiff
    Ellen Sather Vice

IT IS SO ORDERED.

DATED: October 24, 2008

                      FRANK C. DAMRELL, JR.
                      UNITED STATES DISTRICT JUDGE